Kayla-Keona: Selestan-bey
Beneficiary

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 16 2023
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

Al Moroccan Sovereign National Republic Government
Moorish Divine and National Movement of the World
Northwest Amexem / Northwest Africa / North America / 'The North Gate'
~ 'Temple of the Moon and Sun' ~
~ Societas Republicae Ea Al Maurikanos ~
The True and De jure Natural Peoples ~ Heirs of the Land

Affidavit of Truth
International Document

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

**Exhibit B** **Date: 04/28/2023**

# STATEMENT OF FACT / CLAIM

For the record, I am Noble Kayla-Keona-Selestan: Bey making a special restricted appearance as the Beneficiary on/for the behalf of the transmitting utility ENS LEGIS ex rel. PRINCIPAL DEBTOR KAYLA KEONA SELESTAN© Cestui Que Vie Trust. I am a private sovereign natural flesh and blood indigenous Native georgian woman, in full life, In Propria Persona, Sui Juris, Pro per, a living sentient being. My self-determined right is to identify in my truth and to stand firmly under the Almighty Creator Allah and worship Allah (God) in my true identity as an aboriginal and indigenous Autochthonous Mu'ur (commonly referred to as American Moor, American Indian, and/or Native American) as a honest and conscience woman pursuant to Article 3, 4, and 6 of the United Nations Declaration of the Rights of Indigenous Peoples and recognized in Article 1 paragraph XII of the organic Georgia Constitution of 1877 and declared a fundamental unalienable right. I am a descendant of Allah (God) born on the lands of the Moroccan Empire at Northwest Amexem aka North America by *Jus Sanguinis/ Consanguinity*. I am NOT a sovereign citizen or subject of the UNITED STATES or any corporate State. As I make this statement, please note in good faith that I have provided notice to

256839523
H09112135
04-28-2023




adexinta-Kaulah-selestan : bey.

the Defendant(s) in this matter to advise my Sovereign status and that I am to be held harmless and indemnified and shall **NOT** under any circumstances be considered an accommodating party nor a **surety** for ens legis KAYLA KEONA SELESTAN, due to contractual agreements **[Exhibit B1]**. Any contracts/accounts that I have been forced to enter into unwilfully and involuntary on behalf of ens legis KAYLA KEONA SELESTAN© by the Defendant(s) by way of threat, duress, and coercion are NULL and VOID ab initio, nonconsensual and nonobligatory and I rescind, terminate, and cancel any contract(s) EFFECTIVE IMMEDIATELY *nunc pro tunc*. Furthermore, I bring forth the following Claim in the UNITED STATE DISTRICT COURT in bona fide good faith and clean hands not to submit to the jurisdiction of the court but to seek remedy and proper redress for the injuries and damages caused by subject of the UNITED STATES, the Defendant(s) hereinafter referred to as: STATE OF GEORGIA, SUWANEE POLICE DEPARTMENT, GWINNETT COUNTY SHERIFF'S OFFICE, GEORGIA DEPARTMENT OF PUBLIC SAFETY d/b/a GEORGIA STATE PATROL, GWINNETT JUSTICE AND ADMINISTRATION CENTER d/b/a/ CLERK OF SUPERIOR, STATE, MAGISTRATE, & JUVENILE COURTS d/b/a GWINNETT COUNTY DISTRICT ATTORNEY'S OFFICE, AA-OK BAIL BONDING CO. OF GWINNETT, INC. (DBA) AA PROFESSIONAL BAIL BOND COMPANY, INC., Brad Reffensberger, Brian P. Kemp, Christopher M. Carr, Patsy Ann Austin-Gatson, Cass Mooney, Rebecca Mary Alston, Anthony L. Volkodav Jr., Tiana Jean Person-Garner, William Franklin Brogdon, Isaiah Fernald, Kyle Haupt, Todd Cribbs, Chris C. Wright, Kendrick Lowe, Michael J. Brooks, James Casey, Charles R. Shaw, Susan L. Brooks, Nicholas Higgins, J.-K.-KeyboT aylor, Cleophas Atwater, Brianna Horn, John Ryan, Scott Page, Johnny Williams, Robert Dempsey, Kendrick Fountain, Gene F. Cantrell, Robert Thompson, Danielle Mathias, Vincent Long, Tracey Diane Mason, Deepak Jeyaram, Warren P. Davis, Phyllis M. Russell, Sang Jo, Patrick Collins, Michael S. Craddock, Kirk Brown, S. Pierce Badge #0788, et, al.:

1. On or about the 3rd day of October year 2022, my family and I, private property Ædes located at approximal GPS coordinates Latitude 34.053934°N, Longitude -84.026904°W [ex rel. in care of 182 Rutlidge Park Lane, [Near. Suwanee, Georgia] in our time of peace was surrounded and quartered by approximately 18 armed commercial mercenaries, privateers, contractors, and/or employees now identified as agents of/for the **GWINNETT COUNTY SHERIFF'S OFFICE (Inc.).** These agents were all displaying a black and white U.S. flag with a single blue line on their uniform **[Exhibit B2]**, an evident allegiance to an unknown flag other than the American Flag presenting actions of gang-like activity (racketeering)

256839523
H09112138
04-28-2023




adexinka-kaulah-selestan : ben.

and/or terrorism quartering me and my family in our home during a time of Peace, which put me and my family in immediate fear and anxiety. As they trespassed on our private land, they disregarded my Nation's Hanging Flag mounted for visible display **[Exhibit B3]** as signal that they were approaching foreign private lands pursuant to the Law of Flags and Article 4 of the Treaty of Amity and Commerce (Peace and Friendship) of 1787/1836 between the Moroccan Empire and the united States of America still in force. I asked what agency they were from in which they replied, **"GWINNETT COUNTY SHERIFF'S OFFICE"** and requested to enter and search my private property for a U.S. corporate person without a warrant signed by an Article III Judicial officer. We verbally reserved all our rights and denied there request due to privacy rights secured by the organic Constitution, having no knowledge of the U.S. 14th Amendment corporate person, and not receiving a valid verifiable warrant autographed (wet ink) by a Constitutional Article III judicial officer under penalty of perjury supported by oath and affirmation as proof of lawful due process being made upon me or my family. This was also to ensure that our secured Constitutional 4th and 5th Amendment right of due process would be recognized and upheld before being deprived of life, liberty, or property. We then contacted the **GWINNETT COUNTY SHERIFF'S OFFICE (Inc.)** by phone to contact a Captain in charge to alert them that we were in fear of our wellbeing because we were being quartered in our home by a multitude of their commercial agents terrorizing my family and me. We hoped in good faith a Captain whose duty is to uphold the Constitution would provide assistance in this matter. We were told by the unknown answering agent to hold for a Lieutenant, upon which they came back stating no one was available to take the call and they abruptly disconnected the call. We then verbally commanded a Captain to be present, in which the acting supervisors later identified as Lieutenant Nicholas: Higgins, and Major James: Casey, replied stating "they didn't have any captains at their agency" and they were the only superiors. We asked all agents present on my property if they took an oath of office, in which they all replied in the affirmative. We informed them that we accepted their oath of office and bonds, to which We could use to receive redress for the coercive actions exercised under the color of authority and color of law. We advised them all to take Judicial Notices of the Notices, Treaties, and Fee Schedule we posted publicly on the front entry door of private property to serve as actual notice for their full disclosure and thorough examination if they so choose to further violate our rights as indigenous peoples **[Exhibit B4].** The Notices included were an allodial Declaration of Trust, Judicial Proclamations, Affidavit of Aboriginal Status, United Nations Declaration on the Rights of Indigenous People, the Treaty of Amity and Commerce ( Peace

256839523
H09112138
04-28-2023




adexinka-Kaulah-selestan : bey

and Friendship) of 1787/1836, the organic Constitution for the united States, an affidavit of Allodial Cost Compensation and Fee Schedule for just compensation and remedy, and a copy of our National Identification Card **[Exhibit B5]** published in the Library of Congress under Registration No. AA222141 **[Exhibit B6].** They proceeded to coercively terrorize and threaten my family and me until my mother a sovereign Native georgian woman began to cry and shake in fear of her life. We feared the thought of them causing us harm or murdering us in this collusive action as they were armed with weapons and were adamantly and by deception forcing themselves into our home. James: Casey advised that they were enforcing the law. We requested the law he was referring to, in which James: Casey the acting superior of the commercial service operation responded by shrugging his shoulders in uncertainty without a competent response regarding the oath he took to uphold the organic Constitution. Without our free expressed consent, they all managed to forcibly break and enter into my private property with their weapons drawn to execute the unlawful search **[Exhibit B7]**, dispossessing us of our lands and resources and taking it for public use and causing an immediate threat to our lives. As they searched our home, they forcibly hindered us from entering into our private property and assaulted me by **[Exhibit B8].** When they finished searching my property unlawfully, they soon realize that we did **not** have their 14th Amendment corporate person displayed on the unsigned order acting as warrant **[Exhibit B9],** in which we assured them before they chose to forcefully execute the unwarranted search without consent. They all began to depart immediately from our land and as they were leaving acting Lieutenant Nicholas: Higgins stated, "You know this is not over". We were unsure as to what he meant by this statement, causing my family especially my mother to suffer with mental and emotional anguish, anxiety, physical harm (assault), humiliation, fear, and PTSD without any regards to our fundamental rights, and without providing any redress or just compensation for taking our private property for public use. These collusive ultra vires acts of terrorism, misprision of treason, war crimes, etc. were committed by the agents of/for **GWINNETT COUNTY SHERIFF'S OFFICE (Inc.)** an agency under the authority of the **STATE OF GEORGIA**. As Indigenous peoples of the present-day Americas, States are to provide effective mechanisms for the prevention of any acts aimed to terrorize, discriminate, violate, and dehumanize us as unique people on our own land pursuant to United Nation Declaration of the Rights of Indigenous Peoples. In the following days, we witnessed a couple all-white automobiles with the markings on the side displaying **GWINNETT COUNTY** and a blue circle logo, one we managed to distinguish the identifying **#42**. They all would station there automobiles near our private property on

256839523
H09112138
04-28-2023




adexinka-kaulah-selestan : bey

multiple occasions, something we never seen before, until after the terrible experience of terrorism and piracy from agents of/for **GWINNETT COUNTY SHERIFF'S OFFICE (Inc.)**. We felt this was possibly an intimidation tactic, authorized by Nicholas Higgins after stating "This wasn't over". This made our family terrified to leave out of our property for any private affairs for weeks, because the anxiety and fear was too unbearable at the possibility of being harassed again. Our family dog died shortly after from a severe uncontrollable panic attack that last for days after the terroristic attack and unreasonable search that caused him heart attack and his mother Sophia has been emotional and mentally stressed since the loss of her son. **[Exhibit B10],**

2. On or about the 26th day of October year 2022, approximately 10:48 A.M, I Kayla Keona Selestan: bey, hereinafter the Beneficiary of KAYLA KEONA SELESTAN Cestui Que Vie Trust, was traveling on my ordinary course of life just leaving from a painful dental surgery appointment, when I was abruptly forced into an emergency stop by an armed commercial mercenary who dashed out in front of her private vessel on foot, later identified as Danielle Mathias agent of/for **SUWANEE POLICE DEPARTMENT(Inc.).** In concern of the potential hazard or emergency, I conveyed to a stop onto visibly occupied elevated land as directed by agent Danielle Mathias **[Exhibit B11].** I noticed that the occupants of the area was a multitude of commercial mercenary vessels identified by their side markings as acting agent(s) of/for **SUWANEE POLICE DEPARTMENT(Inc.), GEORGIA DEPARTMENT OF PUBLIC SAFETY (DBA) GEORGIA STATE PATROL (Inc.), and GWINNETT COUNTY SHERIFF'S OFFICE(Inc.).** Danielle Mathias then approached my private conveyances, and I immediately grabbed my mounted phone from the cupholder to immediately contact my peers to alert them of the potential emergency and began recording for my safety. I then rolled down my window about an inch and asked for the info regarding the emergency stop. Danielle: Mathias responded advising that she was pulling me over for a routine "traffic stop" regarding a hands-free cell phone violation. Knowing the legal definition of traffic, I interpreted it as she wanted to do commerce that regarded me giving up my natural rights for a commercial contract. I then mounted my Moroccan flag and Emperial Flag on the window, which displayed a red flag with a green 5-point star and a complete red flag to signal my National status, state, and standing and the laws that governed my private property pursuant to Article 4 of the Treaty of Amity and Commerce (Peace and Friendship) of 1787/1836 still in force. I informed her verbally "I am an Aboriginal and Indigenous Al Moroccan Mu'ur woman traveling under the authority of

256839523
H09112139
04-28-2023



Allah (God) and international treaty protection on a full reservation of rights, all rights reserved and retained". (I am **NOT** to be classified as a SOVEREIGN CITIZEN). I advised that I wasn't operating under commerce and that I did not desire to give up my rights for any commercial contracts with her agency. I further advise that I was not a UNITED STATES citizen or subject but an aboriginal and indigenous Native of the land and to recognize my mounted flags required by Law. Danielle: Mathias ignored my signal and continued to coerce and bribe me into the commercial contract(s) asking for my private information without probable cause or an injured party, at which I advised I had a right to identify and invoked my 4th amendment right to privacy. Danielle Mathias then acknowledged my private indigenous Tribal Nationality Identification Travel Plate registered in a private trust located on the outside of my private conveyance presenting notice my National Identification Library of Congress Registration No. AA222141 **[see Exhibit 5]**. She then proceeded to ask me questions, such as if I understood that being on my phone is against the Georgia code, at which I replied, "I do not understand, and I don't grant you any authority over me". She then asked if I understood her authority? at which I replied again, "I do not understand". She then questioned if I recognize her authority? at which repeated "I do not understand". I then informed her that I was in pain as I had just had dental surgery and wanted to get on to my destination if there was no emergency as my rights were not up to be bought, sold, or transferred for her offer to commercially contract. Danielle Mathias then requested, I provide her with a driver's license, in which I replied to her "I am not driving and not operating under commerce". I advised that I was traveling and wanted to stay in the private and that she was coercing and bribing me to give up my privacy to be in the public through 5th Amendment Taking. I then demanded to speak to her 'white shirt' Captain. This was my bona fide good faith and clean hands attempt to ensure my privacy rights were rightfully upheld and protected as by law and to report Danielle Mathias bribery attempts of potentially declaring her wages under false pretenses of a state of emergency. After waiting nearly 10 to 15 minutes for the captain, a supervisor acting as Captain identified as Robert Thompson agent of/for SUWANEE POLICE DEPARTMENT also wearing an identical uniform (not a white shirt) as Danielle Mathias, who began to also coerce and bribe me into the same commercial contract regarding a cell phone 'traffic' violation dishonoring his oath of office. I continued to decline the offer to protect and enforce my unalienable right to not contract with their agency. I asked the acting Supervisor (DBA) Captain if I was being detained, in which, they both replied in the affirmative. I placed my Nationality Identification Card **[Exhibit B12]** on the dash for their visible display and then requested

256839523
H09112135
04-28-2023




adexinta-Kaulah-selestan : bey. [illegible]

information regarding the crime and/or investigation including the identity of the injured party claiming injury and pursing the lawsuit against me, in an effort to ensure probable cause and that there was an actual body of crime (corpus delicti). At that time, the acting Supervisor (DBA) Captain again informed me that I was being detained for a cell phone violation that I knew I had no contractual obligations and/or knowledge of what law within the Treaty, organic Constitution, or Law of God in which I owed my true allegiance to. Robert Thompson then began to threaten to kidnap me if I did not give up my rights to enter into their negotiable commercial contract(s). I immediately invoked my right to silence to avoid self-incrimination, further duress and/or coercion, and to avoid the matter escalating, which could potentially lead to harm or losing my life with the history of police brutality and excessive force. To no benefit, Robert Thompson began to bash on my window unexpectedly and aggressively with a knife, threatening my life entirely. In an innate response of self-defense, I gasped and jumped in fear of my life, in which, my foot slid off the restraint pedal and my private electric automobile began to immediately roll down the hill. While in fear of my life, I attempted to gain control of my conveyance at which, I was able to come to an abrupt stop. I then verified if it was safe to travel on to my destination to safety to pray and worship Allah [God] for protection against the unlawful arrest, in which I did so with impunity. As I approached a stop for an emergency red safety light for potential crossing travelers, I advised my peers who were still on the video phone as witnesses of the unlawful detention for a commercial contract, that I was in fear of my life because I was now being followed by an unidentified commercial mercenary vessel in an evident attempt to further bribe, harass, threat, coerce, and kidnap me again. The Commercial mercenary turned on the state of emergency blue lights to alert me, and in a panicked and in fear of my safety I travelled to my domicile when my peers advised me to not lead them to my peaceful dominion in fear of future safety concerns of repeated harassment, threats, possible harm, kidnapping etc. which I immediately felt anxiety from the terrorism experienced on the 3rd day of October year 2022 by GWINNETT COUNTY SHERIFF'S OFFICE. One of my peers suggested that I go to the safe House identified as QuikTrip, a private location. As I was making a U-turn to go to the safe House ( QuikTrip), I screamed for my life as my private automobile was struck intentionally with excessive force by a GEORGIA STATE PATROL vessel causing immediate bodily harm, distress, and injury. This obvious excessive force was an act of attempted murder by later identified acting public servant Kirk: Brown agent of/for GEORGIA DEPARTMENT OF PUBLIC SAFETY(Inc.) (DBA) GEORGIA STATE PATROL(Inc.), damaging and demobilizing my private property

256839523
H09112138

04-28-2023




adexinta-Kaulah-selestan : bey.[illegible]

**[Exhibit B13].** Shortly after, approximately 5 or more commercial mercenaries began to draw their weapons at me, putting me in immediate harm's way. I yelled out to my peers, who witness the heinous assault, in agony and pain that "they were about to shoot me" referencing the agent(s) later identified as Michael-S.: Craddock, S. Pierce (Badge #0788), B. Byrd, R. Godown, Kirk: Brown, (other identity unknown) et al. of/for GEORGIA DEPARTMENT OF PUBLIC SAFETY(Inc.) (DBA) GEORGIA STATE PATROL(Inc.) who all had their weapons pointed directly at me ready to shoot me if I made any sudden moves. In response, as my heart was racing and my anxiety increasing, I naturally raised my hands above my head shaking in fear as an unidentified agent approached my front peer traveler door with his weapon pointed at me, in which he yelled "unlock the door" while the other agents yelled "don't move". I never had a gun pointed at me, so I was so scared to death, and really knew my life was over. I could feel my entire body shaking and my heart beating outside my chest. I couldn't move my hands from above my head, I was in shock, my life was flashing before my eyes as felt my life was over, they were about to murder me because I didn't want to contract with them. My private conveyance was abruptly breached by an unknown agent as they struck my peer glass window of my front passenger window, trespassing into my private conveyance. I was then, aggressively dragged out of my private conveyance by my right arm across and the passenger seat through the shattered glass and out the passenger door, dislocating my shoulder. I was then slammed onto the cemented ground, surrounded by multiple agents in a terroristic gang attack, hair pulled, jerked and pulled in all directions so much that my garment was overly stretched, exposing my breasts to everybody. I was immediately handcuffed against my will, while my breasts were still exposed to everybody and given no assistance to adjust my clothes to cover them. I was half naked and felt humiliated and dehumanized as a woman in front of strangers. I was asked could they please help unexposed my private parts, in which they yanked me off the ground and forcibly bent back my wrist to what felt like a breaking point. I advised that they were hurting me and was about to break my wrist. They advised me to hold still so they can fingerprint me in an attempt to denationalize me and invade my privacy by taking my private information for public use through a "Rapid ID" test. In discomfort and agony from their terrorist attack and assault, I advised them I was not resisting and that they did not have to treat me with such excessive force, as they were again about to break my wrist and my shoulder was severely in pain. Due to the unnecessary excessive use of force that they used and being dragged through the glass, it caused multiple bleeding cuts and bruises on my body. My ribs, wrist, neck and back began to severely ache, and my shoulder was still

256839523
H09112138
04-28-2023




adexinta-Kaulah-Selestan : bey. [illegible]

dislocated. Unfortunately, I was never asked or provided the option to the required medical attention after such a horrifically intentional debilitating automobile collision or after their excessive use of force that followed **[Exhibit B14]**. I had no other option but to stabilize my shoulder the best I could risking additional complications. I advised that this was wrong and that they were evidently violating and in breach of the Constitution which secured my indigenous, treaty, and unalienable rights. With no mercy, they threw me in the back of Danielle: Mathias's commercial vessel, in which, Robert Thompson approached and instructed Danielle: Mathias to "hurry and create the narrative and issue warrants" in the evident attempt to conspire and further deprive me of my rights under the color of law and authority to denationalize me under the colorable wardship name and transmitting utility ENS LEGIS ex rel. PRINCIPAL DEBTOR KAYLA KEONA SELESTAN© Cestui Que Vie Trust DOB 03/21/1992 **[Exhibit B15]** in which, I immediately informed them that is not who I was. I was then dragged and trafficked from Danielle: Mathias's corporate commercial vehicle by later identified as Isaiah Fernald agent of/for the GWINNETT COUNTY SHERIFF'S OFFICE(Inc.) ultimately, an act of terrorism and war crimes ended in my arbitrary and capricious seizure as a **PRISONER OF WAR,** unable to stop the agents from unlawfully searching and seizing my private property without my free expressed consent or an autographed (wet ink) warrant by an Article III judicial officer. As a result, they unlawfully seized my property including my traditional medicinal plant pursuant to Article 24 of the United Nations Declaration of the Rights of Indigenous Peoples currently **MISCLASSIFIED** as a commercial term 'marijuana' under color of law and authority from a defective writ ordered by a magistrate clothed with limited power later identified as active BAR member Gene: Cantrell (practicing law attorney) agent of GWINNETT JUSTICE AND ADMINISTRATIVE CENTER (Inc.) (DBA) CLERK OF SUPERIOR, STATE, MAGISTRATE, & JUVENILE COURTS(Inc.) (DBA GWINNETT COUNTY DISTICT ATTORNEY (Inc.) **[Exhibit B19]**. I was then kidnapped, trafficked, and transported to later identified as GWINNETT COUNTY SHERIFF'S OFFICE(Inc.) (DBA) GWINNETT COUNTY JAIL (Inc.) private corporate **PRISONER OF WAR CAMP** located at 2900 University Parkway [Near. Lawrenceville, Georgia] where I was coerced and forced to incriminate myself by "booking" under the colorable wardship name ENS LEGIS ex rel. KAYLA KEONA SELESTAN©, involuntarily as the implied surety against my free consent for unknown commercial contract(s) due to the unconstitutional and 'unreasonable' seizure and terroristic attack caused by agents(s) of the SUWANEE POLICE DEPARTMENT(Inc.). I adamantly voiced to the agents that I was not that person, and that

256839523
H09112135

04-28-2023




adesinka-Kaulah-Selestaa : bey.

it was unjust to dictate who I was by infringing on my right to self-determination and by impairing my one true contract with Allah (God) which was a hate crime. I also advised that it was unconstitutional and dishonest to hold me involuntarily on the account of another person on the basis of false accusations. Unfortunately, my truth didn't matter, they just questioned my mental health and wouldn't allow me to receive medical attention for my injuries until I answered every coercive question and unwillingly consented to be the surety for a person I was not. As the 'booking process' continued, I was stripped of my religious and spiritual freedoms, and my locs were again ripped out of my head purposeful by the booking agents leaving a bald spot **[Exhibit B16]**. I was devastated, I felt as if they took my strength and values by taking my preventing my connection and worship with (Allah) God by damaging my crown (hair) with no remorse. I requested to take pictures of my wounds and hair, in which, every staff member intentionally ignored me, and continued to book me in **GWINNETT COUNTY SHERIFF'S OFFICE(Inc.)** system **[Exhibit B17]** to self-incriminate me for unknown commercial contract(s) from the 'unreasonable' seizure and terrorism caused by false accusations and hearsay of agent(s) of the **SUWANEE POLICE DEPARTMENT(Inc.)**, which had no probable cause, no proof of required due process of law, and no valid verifiable claim or contract hand autographed (wet ink)me or by a real party of interest under penalty of perjury supported by oath and affirmation and verified by a constitutional Article III judicial officer. During my unlawful seizure, active BAR member (practicing law attorney) Tiana-Jean: Person-Garner **[Exhibit B18]** acting Administrative Clerk of Court of/for GWINNETT JUSTICE AND ADMINISTRATIVE CENTER (Inc.) (DBA) CLERK OF SUPERIOR, STATE, MAGISTRATE, & JUVENILE COURTS(Inc.) (DBA GWINNETT COUNTY DISTICT ATTORNEY (Inc.). infringed on my 4th and 6th Amendment right to have the compulsory process for obtaining witnesses in my favor, as she refused to file and denied my witnesses right to freedom of speech, and of the press to enter pertinent information and notices regarding my fundamental liberties, copyright infringement claims, status, and the writ of Habeas Corpus Prodûce Corpus on the record to advocate my immediate release**[Exhibit B19]**. Mandatory judicial notice of Tiana Garner's oath of office to uphold the Constitution for the united States was dishonored as my right to exercise a Writ of Habeas Corpus was suspended breaching the principles of justice in Article 1 Section 9 Clause 2 of the organic Constitution for the united States of America and Article 1 Paragraph 11 of the organic Georgia Constitution of 1877. However, my witnesses managed to mail the notices certified mail no(s) 70210950000123597898, 70210950000123597911, 70221670000331771199, 70221670000331771182, and

256839523
H09112138
04-28-2023



 3568395628

70192970000146516176 on 9th day of November 2022 return receipt delivered and received to the Agencies involved, which was also intentionally disregarded and unfulfilled **[Exhibit B20]**. After a few hours of sitting in a cold locked room, acting Lieutenant Nicholas: Higgins walked in cheerful and looked right at me with a mischievous grin as he began to celebrate what it seemed like my capture. I didn't want to give him the satisfaction of seeing me troubled and wounded, so I laid down and my body began to hurt more as time went on. After about approximately 72 hours of being a PRISONER OF WAR and not being before an article III Judicial officer and without a conviction from a Grand Jury, I was randomly pulled from involuntary confinement and taking into a room styled as an administrative tribunal, being administered by active BAR member (practicing law attorney) William-F: Brogdon **[Exhibit B21]** Article I or II Administrative Clerk acting as magistrate agent of/for GWINNETT JUSTICE AND ADMINISTRATIVE CENTER (Inc.) (DBA) CLERK OF SUPERIOR, STATE, MAGISTRATE, & JUVENILE COURTS(Inc.) (DBA GWINNETT COUNTY DISTICT ATTORNEY (Inc.) to advise me of 13 negotiable commercial contracts regarding the 'unreasonable' seizure and terroristic attack brought on by Danielle Mathias, Robert Thompson, Kirk Brown, Michael Craddock, and others. I was then taken back to involuntary confinement where I was stripped naked in front of other unknown people sexually exploited as they forced me to spread my buttocks and cough in front of them. This was the most mortifying, humiliating, exhausting, tormenting, mentally debilitating and defaming experience I ever had in my life. I mentally fell into a deep depression. I was then provided a tub of used underwear and clothes in place of my own that I could barely carry on my own as I was in so much pain. Another apparent victim of this slave camp by the name of Hollie noticed I was in severe pain and came to assist me with carrying the tub to another confinement room directed by the commercial mercenaries of GWINNETT COUNTY SHERIFF'S OFFICE. I set in pain until I was randomly taken from the confinement room where I was then strapped to a restraint chair with my arms, legs, and back was chained down and shackles placed on my feet. I was then carried off to Gwinnett County Northside Hospital like a slave. I was coerced and threatened not to talk during the hospital visit as the agent for GWINNETT COUNTY SHERIFF'S OFFICE provided them with unknown information I did not consent to. After the hospital visit, I was deeply under heavy sedating medications for treatment of my injuries and taken back into a confinement room where I was forcibly provided unknown medications. When trying to ask them what they were giving me they stated they were giving me mood stabilizing pills, mental stability pills, nausea pills, and muscle relaxers. I was terrified and unable to move because of the

256839523
H09112138
04-28-2023




adexinta-Kaulah-Selestan : ben. [illegible]

muscle relaxers giving to me at the hospital. When I finally woke up, I noticed I was in a room with other apparent victims of slavery who displayed signs of mental instability as they called me names and I heard screaming and yelling from different rooms as if someone was being tortured. I heard another human being screaming for help stating, "they were coming to kill me". I was terrified. After about 4 days of being in the medically mental confinement section of the camp, I was transferred to a different location of the camp where I was in a smaller confinement room, with with 2 other women, where I was advised I had to sleep on the floor. I was held hostage for a few weeks and during that time I was provided limited resources and limited food outside my traditional food régime. I was attempted to be given medicine the medical staff had no clue what they were giving me when questioned. I requested multiple grievances of a vegetarian plate on numerous occasions at which was ignored and denied. I was prevented from my worship of Allah the entire time I was held in confinement, which was weakening my spirit and putting me in a great depression and mental anguish. I was also tormented and harassed by Brianna Horne an acting deputy agent of GWINNETT COUNTY SHERIFF'S OFFICE as she continued to single me out to dehumanize and humiliate me in front of others. I was later forced into the same tribunal room setting, this time administered by active BAR member (practicing law attorney) Phyllis-M: Russel **[Exhibit B22]** Article I or II Administrative Clerk acting as magistrate agent of/for GWINNETT JUSTICE AND ADMINISTRATIVE CENTER (Inc.) (DBA) CLERK OF SUPERIOR, STATE, MAGISTRATE, & JUVENILE COURTS(Inc.) (DBA GWINNETT COUNTY DISTICT ATTORNEY (Inc.) to add a 14th negotiable commercial contract No.(s) 22W-16811, 22W-16812, 22W-16813, 22W-16814, 22W-16815, 22W-16816, 22W-16817, GDPSE04467883, GDPSE04467884, GDPSE04467885, GDPSE04467886, GDPSE04467887, GDPSE04467888 **[Exhibit 23]** in which, I objected to them all to avoid being forced to self-incriminate against my will or forced surety in the unjust commercial matter. I proceeded to give notice of my aboriginal and indigenous status, and standing as descendant under Allah (God) the Almighty Creator, and invoked the constitutional 1st ,4th,5th, 6th, 8th, 9th, and 10th Amendments of the organic Constitution, which secured my unalienable rights from 'unreasonable' searches and seizures, without probable cause, proof of required due process of law, or a valid verifiable claim or contract autographed (wet ink) by me or a real party of interest under penalty of perjury supported by oath and affirmation and verified by a constitutional Article III judicial officer. I further advised Phyllis Russel and William Brogdon both times that I challenge the jurisdiction of the acting court of GWINNETT JUSTICE AND ADMINISTRATIVE CENTER (Inc.)

256839523
H09112135
04-28-2023




adexinka-kaulah-selestan : bey.

 0256839523

(DBA) CLERK OF SUPERIOR, STATE, MAGISTRATE, & JUVENILE COURTS(Inc.) (DBA GWINNETT COUNTY DISTICT ATTORNEY (Inc.), and appointed the court, William-F: Brogdon, Phyllis-M.: Russel, and Tiana-Jean: Person-Garner, as fiduciary trustees of the KAYLA KEONA SELETSAN CESTUI QUE VIE TRUST account as the beneficiary and gave authorization to use my exemption to discharge and settle the alleged debt presumed against the interest in/of my estate or take mandatory judicial notice of their oath of office to the organic Constitution and provide me a remedy in law for my immediate release to avoid further usurpation of my rights to set me at liberty, free from involuntary servitude (peonage) for an infamous crime in their prisoner of war camp against my will without an indictment from a Grand Jury. My good faith attempt was dishonored and ignored by the acting agents, in which, they forcibly appointed Counsel later identified as Cherise: Challenger, active BAR ID member of/for STATE BAR OF GEORGIA (Inc.) (practicing law attorney) **[Exhibit B24]** without my consent to 'practice' law over my estate. I again objected to the forced appointed Counsel and contract, and advised that I was competent to manage my own affairs and to no avail the acting administrative clerks proceeded on without my free express consent, evidence of malfeasant trusteeship, misprision of treason, failed exercise of due diligence and malpractice in aiding and abetting the collusive acts of the terrorism and treason committed by acting agents of/for SUWANEE POLICE DEPARTMENT(Inc.), GWINNETT COUNTY SHERIFF'S OFFICE (Inc.), GEORGIA DEPARTMENT OF PUBLIC SAFETY (Inc.) DBA GEORGIA STATE PATROL(Inc.). On or about the 23rd day of November, I was randomly pulled out of the confinement room and taken into another administrative styled tribunal, now administered by Article I or II Administrative Clerk acting as magistrate agent later identified as Deepak: Jeyaram active BAR ID member of/for STATE BAR OF GEORGIA (Inc.) (practicing law attorney) agent of/for GWINNETT JUSTICE AND ADMINISTRATIVE CENTER (Inc.) (DBA) CLERK OF SUPERIOR, STATE, MAGISTRATE, & JUVENILE COURTS(Inc.) (DBA GWINNETT COUNTY DISTRICT ATTORNEY (Inc.). At that moment, I was coerced into being silent as acting commercial mercenary Danielle: Mathias was there giving her false Narrative (complaint) for the record, in which she verbally expressed she conducted a traffic stop for a hands-free violation by her superior acting Corporal Todd Cribbs who advised he was not able to recall the exact positioning of my hands, and neither could Danielle Mathias (**[Exhibit B25]** for the complete narrative). This further confirms that her seizure was 'unreasonable' and unlawful, with no probable cause in the attempt to bribe and coerce me into a commercial contract to give up my rights. Deepak Jeyaram

256839523
H09112138

04-28-2023




adexinta-Kaulah-selestan : bey. [illegible]

 256839523

responded on record that this did not seem like an assault case or that I was criminal under the given statement of Danielle Mathias. However, to no avail, he sided with Anthony Volkodav Jr. the acting prosecuting district attorney agent of/for GWINNETT COUNTY DISTRICT ATTORNEY to order an unconstitutional house arrest and $30,000 USD fine without a presentment of indictment from a Grand Jury on the information of Danielle Mathias absent proof of probable cause or lack of due process further violating their oath to the organic Constitution. These ultra vires acts of racketeering, bribery, and coercion to force fraudulent commercial deprivation contracts are currently affecting my life and estate as an indigenous Native of the land. As an indigenous aborigine Native Georgian woman and descendant of Allah (God), I have not been respected or recognized as such and my truth has been mocked, leaving me to feel like a tenant and prisoner on my own land. My indigenous, human and unalienable secured rights to self-determination and right to Nationality have been violated, diminished, and discriminated against through hate crimes of my Nationality and the State of GEORGIA has not taken the sworn effective measures to ensure me and my tribes rights are protected and not endangered on our own Native Lands. As a result, I have been and currently being misclassified and unlawfully held for over 6 months one hundred eighty-five (185) days under involuntary servitude imprisonment and home house arrest with ankle monitoring of AA PROFESSIONAL BAIL BONDING COMPANY by threat of being imprisoned indefinitely by GWINNETT COUNTY SHERIFF'S OFFICE **[Exhibit B26]**. I have sustained and currently incurring a multitude of damages and injuries from this unconstitutional, dehumanizing, and unlawful including but limited: Misprision, physical harm (assault and abuse), mental and emotional anguish, PTSD, inhumane living environment, property loss, mistreatment, medical malpractices, harassment, denationalization, malnourishment, discrimination, terrorism, war crimes, extortion, coercion, defamation of character, my mail was tampered with and hindered from receiving **[Exhibit B27]**, deprivation of rights under Color of law and authority, Conspiracy against rights, Hate Crimes, I was held under involuntary servitude (peonage and slavery), ridiculed and mocked for verbalizing my rights and humiliated, mortified, and tormented as I was repeatedly being called a 'Sovereign Citizen' by the agents, et al. at the dirty hands , terroristic acts of agents, commercial mercenaries, privateers, contractors, employees, etc. of/for SUWANEE POLICE DEPARTMENT(Inc.), GEORGIA DEPARTMENT OF PUBLIC SAFETY (DBA) GEORGIA STATE PATROL (Inc.), and GWINNETT JUSTICE AND ADMINISTRATIVE CENTER (Inc.) (DBA) CLERK OF SUPERIOR, STATE, MAGISTRATE, & JUVENILE COURTS(Inc.) (DBA) GWINNETT COUNTY DISTICT

256839523
H09112138
04-28-2023




adexinta-Kaulah-selestan: bey. [illegible]

ATTORNEY(Inc.) and STATE OF GEORGIA. I was coerced and bribed further into the commercial contract involving involuntary servitude (peonage/ slavery) for a debt of involuntary suretyship **[Exhibit B28]** and a contract forcing the turnover of my indigenous unalienable rights by practicing law attorneys of the STATE BAR OF GEORGIA(Inc.) against my free expressed consent on my native land, as **ransom** for my freedom and substantive liberties **[Exhibit B29].** I was finally released with the conditions of the coercion contracts still as a **PRISONER OF WAR** in my own domicile for being falsely accused under 'malicious prosecution' as a criminal from my innate response of self-defense after being intentionally assaulted with a knife in fear of her life of the dangerous circumstances, as an armed commercial mercenary agent of/for SUWANEE POLICE DEPARTMENT(Inc.) chose to weaponized their color of authority by exercising superiority over my life, which is deemed legally invalid, unlawful, morally condemnable, and social unjust.

***American : AMER'ICAN****, noun A native of America; originally applied to the aboriginals, or copper-colored races, found here by the Europeans; but now applied to the descendants of Europeans born in America.* ***Webster's Dictionary 1828.***

***Traffic*** *- commerce; trade; sale or exchange of merchandise, bills, money, and the like. Black's Law Dictionary 5th ed.*

***Gang****- Any company of persons who go about together or act in concert. Black's Law Dictionary 5th ed.*

***Aggravated Assault*** *– One committed with the intention of committing some additional crime. Black's Law Dictionary 5th ed.*

***Nationality*** *– The quality or character which arises from fact of a person's belonging to a Nation or state. Black's Law Dictionary 5th ed.*

***License****- A permit granted by an appropriate governmental body, generally for a consideration to a person, firm, or corporation to pursue some occupation or to carry on some business subject to regulation under the police power. Black's Law Dictionary 5th ed.*

***Liberty****- Freedom; exemption from extraneous control. Black's Law Dictionary 5th ed.*

***Person****- In general usage, a human being (i.e natural person), though by statue term may include a firm, labor organization, partnerships, associations, corporations, legal representatives... Black's Law Dictionary 5th ed.*

***Magistrate****- Minor officials or officers with limited judicial authority ... in narrow sense he is regarded as a inferior judicial officer Black's Law Dictionary 5th ed.*

256839523
H09112138
04-28-2023



***False Imprisonment***- *The unlawful arrest or detention of a person without warrant, or by illegal warrant, or a warrant illegally executed, and either in a prison or a place used temporarily for that purpose, or by force and constraint without confinement. False imprisonment consist of unlawful detention of the person for another, for any length of tiher, whereby he is derived of his personal liberty Black's Law Dictionary 5th ed.*

**Breached Obligations and Fundamental Rights**
Organic Constitution for the united States of America

**Article VI Clause II**
This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

**Amendment I.**
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.
**Amendment III.**
No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.
**Amendment IV.**
The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.
**Amendment V.**
No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.
**Amendment VI.**
In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.
**Amendment VII.**

256839523
H09112135
04-28-2023




adexinta-Kaulah-Selestan : bey. [illegible]

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.

**Amendment VIII.**

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

**Amendment IX.**

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

**Amendment X.**

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

United Nations Declaration on the Rights of Indigenous Peoples

**United Nations Declaration of the Rights of indigenous Peoples**

**Article 1**

Indigenous peoples have the right to the full enjoyment, as a collective or as individuals, of all human rights and fundamental freedoms as recognized in the Charter of the United Nations, the Universal Declaration of Human Rights[4] and international human rights law.

**Article 2**

Indigenous peoples and individuals are free and equal to all other peoples and individuals and have the right to be free from any kind of discrimination, in the exercise of their rights, in particular that based on their indigenous origin or identity.

**Article 3**

Indigenous peoples have the right to self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

**Article 4**

Indigenous peoples, in exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, as well as ways and means for financing their autonomous functions.

**Article 6**

Every indigenous individual has the right to a nationality.

**Article 7**

1. Indigenous individuals have the rights to life, physical and mental integrity, liberty and security of person.

2. Indigenous peoples have the collective right to live in freedom, peace and security as distinct peoples and shall not be subjected to any act of genocide or any other act of violence, including forcibly removing children of the group to another group.

**Article 8**

1. Indigenous peoples and individuals have the right not to be subjected to forced assimilation or destruction of their culture.

2. States shall provide effective mechanisms for prevention of, and redress for: (a) Any action which has the aim or effect of depriving them of their integrity as distinct peoples, or of their cultural values or ethnic identities; (b) Any action which has the aim or effect of dispossessing

256839523
H09112138
04-28-2023




adexinta-Kaulah-selestan : bey

256839523

them of their lands, territories or resources; (c) Any form of forced population transfer which has the aim or effect of violating or undermining any of their rights; (d) Any form of forced assimilation or integration; (e) Any form of propaganda designed to promote or incite racial or ethnic discrimination directed against them.

**Article 10**

Indigenous peoples shall not be forcibly removed from their lands or territories. No relocation shall take place without the free, prior and informed consent of the indigenous peoples concerned and after agreement on just and fair compensation and, where possible, with the option of return.

**Article 9**

Indigenous peoples and individuals have the right to belong to an indigenous community or nation, in accordance with the traditions and customs of the community or nation concerned. No discrimination of any kind may arise from the exercise of such a right.

**Article 10**

Indigenous peoples shall not be forcibly removed from their lands or territories. No relocation shall take place without the free, prior and informed consent of the indigenous peoples concerned and after agreement on just and fair compensation and, where possible, with the option of return.

**Article 19**

States shall consult and cooperate in good faith with the indigenous peoples concerned through their own representative institutions in order to obtain their free, prior and informed consent before adopting and implementing legislative or administrative measures that may affect them.

**Article 24**

1. Indigenous peoples have the right to their traditional medicines and to maintain their health practices, including the conservation of their vital medicinal plants, animals and minerals. Indigenous individuals also have the right to access, without any discrimination, to all social and health services.

2. Indigenous individuals have an equal right to the enjoyment of the highest attainable standard of physical and mental health. States shall take the necessary steps with a view to achieving progressively the full realization of this right.

**Article 26**

1. Indigenous peoples have the right to the lands, territories and resources which they have traditionally owned, occupied or otherwise used or acquired.

2. Indigenous peoples have the right to own, use, develop and control the lands, territories and resources that they possess by reason of traditional ownership or other traditional occupation or use, as well as those which they have otherwise acquired.

3. States shall give legal recognition and protection to these lands, territories and resources. Such recognition shall be conducted with due respect to the customs, traditions and land tenure systems of the indigenous peoples concerned.

**Article 27**

States shall establish and implement, in conjunction with indigenous peoples concerned, a fair, independent, impartial, open and transparent process, giving due recognition to indigenous peoples' laws, traditions, customs and land tenure systems, to recognize and adjudicate the rights of indigenous peoples pertaining to their lands, territories and resources, including those which were traditionally owned or otherwise occupied or used. Indigenous peoples shall have the right to participate in this process.

**Article 28**

256839523
H09112135

04-28-2023




adexinka-Kaulah-selestan : beu.[illegible]

1. Indigenous peoples have the right to redress, by means that can include restitution or, when this is not possible, just, fair and equitable compensation, for the lands, territories and resources which they have traditionally owned or otherwise occupied or used, and which have been confiscated, taken, occupied, used or damaged without their free, prior and informed consent.
2. Unless otherwise freely agreed upon by the peoples concerned, compensation shall take the form of lands, territories and resources equal in quality, size and legal status or of monetary compensation or other appropriate redress.

**Article 37**

1. Indigenous peoples have the right to the recognition, observance and enforcement of treaties, agreements and other constructive arrangements concluded with States or their successors and to have States honour and respect such treaties, agreements and other constructive arrangements.
2. Nothing in this Declaration may be interpreted as diminishing or eliminating the rights of indigenous peoples contained in treaties, agreements and other constructive arrangements.

**Article 40**

Indigenous peoples have the right to access to and prompt decision through just and fair procedures for the resolution of conflicts and disputes with States or other parties, as well as to effective remedies for all infringements of their individual and collective rights. Such a decision shall give due consideration to the customs, traditions, rules and legal systems of the indigenous peoples concerned and international human rights.

Universal Declaration of Human Rights

**Article I.** All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.

**Article 3** Everyone has the right to life, liberty and the security of person.

**Article 4** No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms.

**Article 5** No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.

**Article 6** Everyone has the right to recognition everywhere as a person before the law.

**Article 7** All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.

**Article 8** Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the constitution or by law.

**Article 9** No one shall be subjected to arbitrary arrest, detention or exile.

**Article 10** Everyone is entitled in full equality to a fair and public hearing by an independent and impartial tribunal, in the determination of his rights and obligations and of any criminal charge against him.

**Article 11** 1. Everyone charged with a penal offence has the right to be presumed innocent until proved guilty according to law in a public trial at which he has had all the guarantees necessary for his defence.

2. No one shall be held guilty of any penal offence on account of any act or omission which did not constitute a penal offence, under national or international law, at the time when it was

256839523
H09112138
04-28-2023




adexinta-Kaulah-selestan : bey. [illegible]

committed. Nor shall a heavier penalty be imposed than the one that was applicable at the time the penal offence was committed.

**Article 12** No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

**Article 13** 1. Everyone has the right to freedom of movement and residence within the borders of each State. 2. Everyone has the right to leave any country, including his own, and to return to his country.

**Article 14** 1. Everyone has the right to seek and to enjoy in other countries asylum from persecution. 2. This right may not be invoked in the case of prosecutions genuinely arising from non-political crimes or from acts contrary to the purposes and principles of the United Nations.

**Article 15** 1. Everyone has the right to a nationality.

2. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

**Article 17** 1. Everyone has the right to own property alone as well as in association with others.

2. No one shall be arbitrarily deprived of his property.

**Article 18** Everyone has the right to freedom of thought, conscience and religion; this right includes freedom to change his religion or belief, and freedom, either alone or in community with others and in public or private, to manifest his religion or belief in teaching, practice, worship and observance.

**Article 19** Everyone has the right to freedom of opinion and expression; this right includes freedom to hold opinions without interference and to seek, receive and impart information and ideas through any media and regardless of frontiers.

Treaty of Peace and Friendship (Amity of Commerce) of 1787/1836

**ARTICLE 4**

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea, and if the commander of a ship of war of either party shall have other ships under his convoy, the Declaration of the commander shall alone be sufficient to exempt any of them from examination.

**ARTICLE 5**

If either of the parties shall be at war, and shall meet a vessel at sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a boat with two or three men only, and if any gun shall be bread and injury done without reason, the offending party shall make good all damages.

**ARTICLE 6**

If any Moor shall bring citizens of the United States or their effects to His Majesty, the citizens shall immediately be set at liberty and the effects restored, and in like manner, if any Moor not a subject of the dominions shall make prize of any of the citizens of America or their effects and bring them into any of the ports of His Majesty, they shall be immediately released, as they will be considered as under His Majesty's Protection.

Organic Georgia Constitution of 1877

BILL OF RIGHTS.

SECTION I.

256839523
H09112135
04-28-2023




[illegible]

 25683 9523

**Paragraph I.** All government, of right, originates with the people, is founded upon their will only, and is instituted solely for the good of the whole. Public officers are the trustees and servants of the people, and, at all times, amenable to them.
**Par. II**. Protection to person and property is the paramount duty of government, and shall be impartial and complete.
**Par. III**. No person shall be deprived of life, liberty, or property, except by due process of law.
**Par. IV**. No person shall be deprived of the right to prosecute or defend his own cause in any of the Courts of this State, in person, by attorney, or both.
**Par. V**. Every person charged with an offense against the laws of this State shall have the privilege and benefit of counsel; shall be furnished, on demand, with a copy of the accusation, and a list of the witnesses on whose testimony the charge against him is founded; shall have compulsory process to obtain the testimony of his own witnesses; shall be confronted with the witnesses testifying against him, and shall have a public and speedy trial by an impartial jury.
**Par. VI.** No person shall be compelled to give testimony tending in any manner to criminate himself.
**Par. IX**. Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted; nor shall any person be abused in being arrested, while under arrest, or in prison.
**Par. X**. No person shall be compelled to pay costs, except after conviction on final trial.
**Par. XI.** The writ of HABEAS CORPUS shall not be suspended.
**Par. XII**. All men have the natural and inalienable right to worship God, each according to the dictates of his own conscience, and no human authority should, in any case, control or interfere with such right of conscience.
**Par. XIII.** No inhabitant of the state shall be molested in person or property, or prohibited from holding any public office, or trust, on account of his religious opinions; but the right of liberty of conscience shall not be so construed as to excuse acts of licentiousness, or justify practices inconsistent with the peace and safety of the State.
**Par. XV**. No law shall ever be passed to curtail, or restrain, the liberty of speech, or of the press; any person may speak, write, and publish his sentiments, on all subjects, being responsible for the abuse of that liberty.
**Par. XVI**. The right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, shall not be violated; and no warrant shall issue except upon probable cause, supported by oath, or affirmation, particularly describing the place, or places, to be searched, and the persons or things to be seized.
**Par. XVII.** There shall be within the State of Georgia neither slavery nor involuntary servitude, save as a punishment for crime after legal conviction thereof.
**Par. XVIII.** The social status of the citizen shall never be the subject of legislation.
**Par. XIX.** The civil authority shall be superior to the military, and no soldier shall, in time of peace, be quartered in any house, without the consent of the owner, nor in time of war, except by the civil magistrate, in such manner as may be provided by law.
**Par. XX.** The power of the courts to punish for contempt, shall be limited by legislative acts.
**Par. XXI.** There shall be no imprisonment for debt.
**Par. XXII.** The right of the people to keep and bear arms, shall not be infringed, but the General Assembly shall have power to prescribe the manner in which arms may be borne.

256839523
H09112138
04-28-2023




adexinta-Kaulah-selestaa : bey.

**Par. XXIII.** The legislative, judicial and executive powers shall forever remain separate and distinct, and no person discharging the duties of one, shall, at the same tiher, exercise the functions of either of the others, except as herein provided.
**Par. XXV.** All citizens of the United States, resident in this State, are hereby declared citizens of this State; and it shall be the duty of the General Assembly to enact such laws as will protect them in the full enjoyment of the rights, privileges and immunities due to such citizen ship [sic.].

**SECTION II.**
Par. I. In all prosecutions or indictments for libel the truth may be given in evidence; and the jury in all criminal cases, shall be the judges of the law and the facts. The power of the Judges to grant new trials in cases of conviction, is preserved.
**Par. III**. No conviction shall work corruption of blood or forfeiture of estate.

**STARE DECISIS**

*"An orderly proceeding wherein a person is served with notice, actual or constructive, and has an opportunity to be heard and to enforce and protect his rights before a court having power to hear and determine the case."* ***Kazubowski v. Kazubowski, 45 Ill.2d 405, 259 N.E.2d 282, 290***

*"Motorist illegally held for 23 minutes on a traffic charge was awarded $25,000 in damages. (Sets foundation for $75,000/hr., or $1,800,000/day)"* ***Trezevant v. City of Tampa, 741 F2d 336 (11th Cir. 1984)***

*"A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy Page 2 of 5 clause of the United States Constitution Art. VI, clause 2, state policies as to the rights of aliens to inherit must give way to overriding federal treaties and conflicting arrangements."* ***Kolovrat v. Oregon, 366 U. S. 187, 194, 81 S.Ct. 922 (1961)***

*"Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attempting parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."* ***Penhallow v. Doan's Administrators, 3 U.S. 54, 1 L.Ed 57***

*"For a crime to exist, there must be an injured party (corpus delicti). There can be no sanction or penalty imposed on one because of this Constitutional right."* ***Sherer v. Cullen 481 F. 945***

*"Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them.* ***Miranda v. Arizona 384 US 436, 125:"***

*"The claim and exercise of Constitutional Rights cannot be converted into a crime.* ***Miller v. Kansas 230 F 2nd 486, 489:***

256839523
H09112138

04-28-2023




adexinta-kaulah-selestan : bey.

*"An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is "file-marked."* ***Biffle v. Morton Rubber Indus., Inc., 785 S. W.2d 143, 144 (Tex.1990)***

*"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially"* ***Thompson v Smith 154 SE 583***

*"A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational"*
***ASIS v US 568 F2d, 284***

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercises such powers are necessarily nullities. "****Burns v Sup Ct. SF, 140 Cal 1.***

*"Once Challenged, jurisdiction cannot be assumed, it must be proved to exist."*
***Stcuk v Medical Examiners 94 Ca 2d 751.211,P2d 389***
*The law provides that once State and Federal jurisdiction have been challenged, it must be proven."* ***Main v. Thiboutot, 100. S.Ct 2501 (1980)***

*"Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action."* ***Melo v. United States, 505 F. 2d. 1026***

*"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings."* ***Hagans v. Lavine, 415 U.S. 533***
*"Courts are constituted by authority and they cannot act beyond the power delegated to them. If a court acts without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no justification; and all persons concerned in executing such judgments, or sentences, are considered, in law, as trespassers."* ***Elliot v. Peirsol, 26 U.S. 328, 340 (1828)***

*"No state shall convert a liberty into a license and charge a fee therefore."* ***Murdock v. Pennsylvania, 319 U.S. 105 (1943)***
*"If a State converts a right (liberty) into a privilege, (ex. drivers license etc.), the citizen can ignore the license and fee and engage in the unalienable right with impunity."* ***Shuttlesworth v. City of Birmingham, 373 U.S. 262 (1963)***
*"All codes, rules, regulations, policies and statutes which are repugnant to the Constitution are null and void."* ***Marbury v. Madison, 5 U.S. 137 (1803)***

256839523
H09112138
04-28-2023




adesinka-kaulah-selestan : bey.

*"A public official cannot unlawfully arrest a citizen merely for refusing to present identification."* ***Kolender v. Lawson, 461 U.S. 352 (1983)***
*"An unlawful arrest is an assault and battery. The person so attempted to be restrained of his unalienable right has the same right to use force in defending himself as he would in repelling any other assault and battery."* ***(State v. Robinson, 145 ME. 77, 72 ATL.)***
*"Every citizen has the right to resist unlawful arrest. The individual attempting the arrest stands in position of a wrongdoer and may be resisted by the use of force, as in self-defense."* ***State v. Mobley 240 N.C. 476 83 S.E.2d 100 (1954)***
*"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped, or kidnapped. Thus, it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance."* ***Adams v. State, 121 Ga. 16, 48 S.E. 910).***
*"A citizen may protect themselves from unlawful use of force from an alleged public official."* ***Plummer v. State was an (1893)***

*As a fourth Amendment deprivation, to fingerprint, take pictures of, compulsory fingerprints before a conviction is an unlawful encroachment and prohibited self-incrimination.* ***Hawkins v. Kuhne 137 N.Y.S. 1090 App 2b (1912)***

*"A vehicle not used for commercial activity is a "consumer good"... it is not a type of vehicle required to be registered."* ***Bank of Boston v. Jones, 4 UCC Rep. Serv. 1021, 236 A2d 484. UCC PP 9-109.14***

*"The right to travel is part of the Liberty of which a citizen cannot be deprived without "due process of law" under the Fifth Amendment. This right was emerging as early as the Magna Carta."* ***Kent v. Dulles, 357 U.S. 116 (1958)***

*"Full faith and credit" clause of Const. U.S. art 4, § 1, requires that foreign judgment be given such faith and credit as it had by law or usage of state of its origin."* ***First Nat. Bank v. Terry, 103 Cal. App. 501, 285 P. 336, 377***

*"Governments descend to the level of a mere private corporation, and take on the characteristics of a Page 3 of 5 mere private citizen...where private corporate commercial paper [Federal Reserve Notes] and securities [Checks] are concerned...For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."* ***Clearfield Trust Co. v. United States, 318 U.S. 363, 371 (1942)***
*"The ability to place a lien upon a man's property, such as to temporarily deprive him of its beneficial use, without any judicial determination of probable cause dates back not only to medieval England but also to Roman times."* ***Sniadach v. Family Finance Corp., 395 U.S. 337 349 (1968)***
*"Traffic infractions are not a crime."* ***People v. Battle, 50 Cal. App. 3,step 1, 123 Cal.Rptr. 636,639***
*"Speeding, driving without a license, wrong plates or no plates, no registration, no tags, etc., have been held to be "non-arrestable offenses"* ***(Cal V. Farley, 98 Cal. Rep. 89, 20 CA 3d 1032.***

256839523
H09112138

04-28-2023




adexinta-Kaulah-Selestan: bey [illegible]

256839523
H09112135
04-28-2023



**AFFIDAVIT**

I declare by virtue of Divine Law; under penalty of perjury under the laws of the Moroccan Empire aka Maghrib al Aqṣá; and upon the laws of united States of America; and in honor of her Foremothers and Forefathers without the UNITED STATES that the foregoing Affidavit of Truth – Claim is true and correct.
Executed on this 28 day of April, 2023.

adyk-Kyl-selestan: bey
Affiant: Noble kayla-keona-selestan: bey
Sui Juris, In full life, Pro per (in propria persona) Beneficiary
ex rel. KAYLA KEONA SELESTAN© cestui que vie trust
All Rights Reserved and Retained;
c/o 3035 Stone Mountain Street STE #696
Lithonia, Georgia Republic [Near. 30058]
Non-Domestic/Non-Resident/Non-Subject

Maghrib al Aqṣá.
North-West Amexen Ex rel. North America

Witness ________________
All Rights Reserved

Witness ________________
All Rights Reserved

Witness ________________
All Rights Reserved

Duly subscribed and affirmed on this 8 day of Shawwal 1444 [C.C.Y. 2023], before me, a [Private Notary] for Al Moroccan Empire Sovereign National Republic Government

WITNESS her hand and official seal:

[Private Notary]
Noble Mother nicoleon-venus-es'star: bey
All Rights Reserved and Retained
My commission is Permanent

Duly subscribed and affirmed on this 28 day of April, [C.C.Y. 2023], before her, a [Notary Public] for the State of Georgia

WITNESS her hand and official seal:

RUBY S KIRBY
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires January 30, 2027

Ruby S. Kirby
[Notary Public]
Ruby S. Kirby
All Rights Reserved and Retained
Her commission is 1/30/27

256839523
H09112138
04-28-2023




alexintia-kaylah-selestaa : beq, [illegible]

AMEN# 209933081542-1

# Pure Allodial Title of Life

Manifested by

**Woman**

Mother : adeshola-hadiya-abraham: bey

Nativity: 7th Day of Safar 1389 M.C.Y [04/24/1969]

Location : [Near. Atlanta, Georgia republic]

Ancestral lineage : Al Morocco/Turtle Island/ Mu [America]

Nationality : Al Moroccan Mu'ur, American Moor

**Man**

Father : wilbert-lawrence-selestan-II: bey

Nativity: 27th Day Rabi al-awwal 1385 M.C.Y [07/27/1965]

Location : [Near. New Orleans, Louisiana republic]

Ancestral lineage : Al Morocco/Turtle Island/ Mu [America]

Nationality : Al Moroccan Mu'ur, American Moor

## adeyinka-kaylah-selestan: bey

This woman is a living descendant of the Ancient Al Moroccan autochthonous and indigenous Mu'urs born at Maghrib al Aqṣá/ Northwest Amexem/ North America/ Turtle Island/ Mu

Nativity: 33.9078°N, -84.3550°W [Near. Atlanta, Georgia republic]

Date: 17th Day of Ramadan 1412 M.C.Y. [03/21/1992] Time: 08:45 PM.

This divine being was manifested on the astrological trinity of the following zodiac signs:

Sun : 1° Aries

Rising : 12° Taurus

Moon : 6° Scorpio

**With this Testament, I declare the above facts are true, correct, and complete. The union between mother and father brings forth adeyinka-kaylah-selestan: bey a free born sovereign Al Moroccan Mu'ur, Aboriginal and Indigenous to Maghrib al Aqṣá / Northwest Amexem/ North America/ Turtle Island/ Mu. This is a lawful life claim and pure living title. I hereby place my autograph and seal, being a Moroccan Empire Minister/Vizir/ Rasm/Official.**

All Rights Reserved and Retained

Witness

DNA Hair sample

All Rights Reserved and Retained

Witness

Biometrics Right thumbprint

All Rights Reserved and Retained

I adeyinka-kaylah-selestan: bey am of lawful age [18 years] and I am competent to accept and receive this Pure Allodial Title of/to my life from my living Mother and/or Father as a living aboriginal autochthonous and indigenous freeborn sovereign Mu'ur and Heir of the Al Moroccan Imperial Nation at Northwest Amexem / North America / Turtle Island / Mu hereto and forevermore.

I.S.L.A.M.

03-21-2010

256839523

Al Moroccan Empire National Republic Government

adeyinka-kaylah-selestan: bey

All Rights Reserved and Retained

Great Seal: adeyinka-kaylah-selestan: bey

Right hand fingerprint [Red ink]

Left hand fingerprint [Red ink]

Pursuant to this man's/woman's unalienable right to life, liberty, and the pursuit of happiness, this Pure Allodial Title is worth a minimum of **Five hundred billion dollars (500,000,000,000.00)** lawful money of .9999 fine gold bullions bars or coins. Any body and all persons in possession of this title or has injured this life unlawfully will be punished with their life and/or the minimum value of the title as effective redress and remedy.